■ BERNARD SPIELBERG v. TELECHROME MANUFACTURING CORP.— Motion to dispense with printing denied without prejudice to a renewal thereof as to exhibits only upon proper papers with respect thereto. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of IRENE EDWARDS v. ROBERT E. HERMAN.— Motion for a stay granted. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ MAX SCHEMAN v. ALEXANDER SCHLEIN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ ANNA PAVIA et al. v. MAX FEINGOLD.— Motion for leave to serve an amended notice of appeal granted. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ ETHEL FOYE v. HERBERT MOSES.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.